```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

PREMIER STORAGE SOLUTIONS OF L.I. CITY, LLC,

      Plaintiff,

- against -

VIRGINIA S. PETERSON, WENDY PETERSON SMITHSON, JUDY ANN SARKISIAN, ARTHUR COREY SARKISIAN, GABRIELLE V. SARKISIAN, DAVID P. CLOSE, FREDERICK HANSSEN, SUCCESSOR EXECUTORS AND TRUSTEES OF THE LAST WILL AND TESTAMENT OF DICKRAN M. SARKISIAN, JR., VIRGINIA S. PETERSON, SUCCESSOR TRUSTEE OF THE LAST WILL AND TESTAMENT OF FLORA G. SARKISIAN, VIRGINIA S. PETERSON, VIRGINIA S. PETERSON, TRUSTEE UNDER THE VIRGINIA S. PETERSON DECLARATION OF TRUST,

      Defendants.

---------------------------------------------------------X

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUL 29 2005 ★ PM TIME A.M. _____ COURTESY COPY

Civil Action No. CV 04-0302 (SJ)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

  **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel of record for the parties that this action be dismissed, with prejudice, and without attorneys' fees, expenses, costs or disbursements, interest or other sums to either party as against the other.

  This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
   July 20, 2005

| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | BERKMAN, HENOCH, PETERSON & PEDDY, P.C. |
|---|---|
| By _[signature]_ | By _[signature]_ |
| ~~John~~ Patrick Curran (JC 0903) | Joseph E. Macy, Esq. (9077) |
| 900 Third Avenue | 100 Garden City Plaza |
| New York, New York 10022 | Garden City, New York 11530 |
| (212) 508-6700 | (516) 222-6200 |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO ORDERED:**

s/SJ

_____ U.S.D.J.

[753695-1]